NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CAPELLA PHOTONICS, INC.,**
*Appellant*

**v.**

**CISCO SYSTEMS, INC., CIENA CORPORATION, CORIANT OPERATIONS, INC., CORIANT (USA) INC., FUJITSU NETWORK COMMUNICATIONS, INC., LUMENTUM HOLDINGS, INC., LUMENTUM INC., LUMENTUM OPERATIONS, LLC,**
*Appellees*

———————————

2016-2394, 2016-2395, 2017-1105, 2017-1106, 2017-1107, 2017-1108

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-01166, IPR2014-01276, IPR2015-00726, IPR2015-00727, IPR2015-00731, IPR2015-00739, IPR2015-00816, IPR2015-00894, IPR2015-01958, IPR2015-01961, IPR2015-01969, IPR2015-01971.

———————————

**JUDGMENT**

———————————

ROBERT GREENE STERNE, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellant. Also

represented by TYLER DUTTON, JASON DANIEL EISENBERG, DEIRDRE M. WELLS.

SARAH J. GUSKE, Baker Botts LLP, San Francisco, CA, argued for appellee Cisco Systems, Inc. Also represented by WAYNE O. STACY, Dallas, TX.

NATHANIEL T. BROWAND, Milbank, Tweed, Hadley & McCloy, LLP, New York, NY, argued for appellee Fujitsu Network Communications, Inc. Also represented by CHRISTOPHER JAMES GASPAR; MARK C. SCARSI, Los Angeles, CA.

JOEL SAYRES, Faegre Baker Daniels LLP, Denver, CO, argued for appellees Lumentum Holdings, Inc., Lumentum Inc., Lumentum Operations, LLC. Also represented by KENNETH LIEBMAN, Minneapolis, MN.

MATTHEW J. MOORE, Latham & Watkins LLP, Washington, DC, for appellee Ciena Corporation. Also represented by CHI CHEUNG, CLEMENT J. NAPLES, New York, NY; ROBERT STEINBERG, Los Angeles, CA.

JONATHAN PIETER VAN ES, Banner & Witcoff, Ltd., Chicago, IL, for appellees Coriant Operations, Inc., Coriant (USA) Inc. Also represented by THOMAS KENT PRATT; MICHAEL STEVEN CUVIELLO, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

  February 12, 2018        /s/ Peter R. Marksteiner
Date            Peter R. Marksteiner
              Clerk of Court